UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER, McCAY, P.A.
BRIAN E. CAINE, ESQUIRE
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054
(856-985-4059)
Attorney for Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Order Filed on May 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DANNY BRYANT
JUDY M. BRYANT

Case No. 18-21242-ABA

Hearing: April 30, 2019

Judge: ALTENBURG

## ORDER RESOLVING NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered three (3) through three (3) is hereby **ORDERED**.

**DATED: May 9, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Danny Bryant and Judy M. Bryant
Case No: 18-21242-ABA
Caption of Order: Order Resolving NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief from Stay

---

Upon consideration of NewRez LLC d/b/a Shellpoint Mortgage Servicing's (hereinafter "Movant") application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. As of April 29, 2019, the post-petition arrears are **$2,481.62**. Said arrearages shall be cured by Debtors as follows:

Commencing with the May 1, 2019 monthly post-petition mortgage payment and continuing each month thereafter through and including the October 1, 2019 monthly post-petition mortgage payment, Debtors shall cure the aforesaid arrearages by tendering directly to Movant the regular monthly post-petition mortgage payment plus an additional payment of $413.61 which represents 1/6 of the total sum of the post-petition arrearages.

**(Page 3)**
Debtors: Danny Bryant and Judy M. Bryant
Case No: 18-21242-ABA
Caption of Order:  Order Resolving NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief from Stay

---

2. Commencing with the November 1, 2019 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtors shall remit payments directly to Movant as same come due.

3. Debtors shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $831.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay.

4. **Thirty-Day Default Clause:** If the Debtors should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (30) days from the due date, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to the realty commonly known as 340 South Pine Street, Bridgeton, New Jersey 08302. The Order submitted to the Court will not require the consent of the Debtors or the Debtors' counsel regarding form or substance, however, the Trustee, Debtors and their counsel shall be given notice of any filing of a certification of non-receipt in accordance with the Local Rules of Bankruptcy Procedure.